Robert L. Richmond
ABA # 7011069
brichmond@richmondquinn.com
Timothy M. Twomey
ttwomey@richmondquinn.com
ABA # 0505033
Richmond & Quinn, PC
360 "K" Street, Suite 200
Anchorage, Alaska 99501
ABA # 7011069
PH: (907) 276-5727
FAX: (907) 276-2953

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLES A. BRUCKER, III,<br><br>                     Plaintiff,<br><br>v.<br><br>GREAT AMERICAN INSURANCE COMPANY,<br><br>                     Defendant. | **NOTICE OF REMOVAL**<br><br>Case No. 4:11-cv- |

Defendant Great American Insurance Company ("Great American") pursuant to 28 U.S.C. ¶¶ 1332 and 1441(a), hereby files this Notice of Removal and shows the Court the following:

I.

Defendant Great American is an Ohio Corporation with its principal place of business in Cincinnati, Ohio.

II.

Plaintiff Charles Bruckner, III, upon information and belief is a resident of the State of Alaska.

III.

Plaintiff Charles Bruckner, III, filed a lawsuit in the Superior Court for the State of Alaska Fourth Judicial District on February 18, 2011. The civil lawsuit filed by Plaintiff is captioned *Charles Brucker, III, v. Great American Insurance Co.*, Case No. 4FA-11-1258CI. A copy of the Complaint is attached as **Exhibit A**. Purported service of the Complaint was made upon the registered agent of American Financial Group on April 2, 2011. This Notice of Removal is filed within the 30-day time limitation prescribed by 28 U.S.C. ¶ 1446(b).

IV.

Plaintiff Charles Bruckner, III, alleges breach of contract, unfair trade practice, and seeks punitive damages. The lawsuit specifically seeks compensatory damages in excess of $100,000 and punitive damages in excess of $100,000. Therefore, it appears to a legal certainty that the amount claimed or to be claimed by Plaintiff will exceed the Seventy-Five Thousand Dollars ($75,000) amount in controversy requirement.

V.

Diversity jurisdiction exists pursuant to 28 U.S.C. § 1332(a). Upon information and belief, Plaintiff Charles Bruckner, III, is believed to be an Alaska resident. Great American is an Ohio Corporation. Removal is proper under 28 U.S.C. § 1441(a).

VI.

Pursuant to 28 U.S.C. § 1446(d), Great American will give written notice of the filing of this Notice of Removal to Plaintiff promptly after this Notice of Removal is filed with the Court. Great American further states that a copy of this Notice of Removal has been filed with the Clerk of the Fourth Judicial District Court for the State of Alaska. A copy of the Notice of Filing Notice of Removal filed with the State Court clerk is attached as **Exhibit B**.

VII.

This Notice is signed pursuant to Rule 11, Fed. R. Civ. P.

RESPECTFULLY SUBMITTED this 25th day of April, 2011.

**RICHMOND & QUINN**

By: /s/ Robert L. Richmond
Robert L. Richmond
360 K Street, Suite 200
Anchorage, AK 99501
Ph: (907) 276-5727
Fax: (907) 276-2953
ABA # 7011069
brichmond@richmondquinn.com
Attorneys for Defendant

NOTICE OF REMOVAL
Brucker v. Great American Insurance Company; Case No. 4:11-cv-
PAGE 3

# CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of
April, 2011, I electronically transmitted the
attached document to the Clerk's office using
the CM/ECF System for filing and transmittal
of a Notice of Electronic Filing to the following
CM/ECF registrants:

Jason A. Weiner, Esq.
jweiner@fairbankslaw.com
Attorney for Plaintiff

/s/   Robert L. Richmond
RICHMOND & QUINN
2341.001\Pld\Notice of Removal

NOTICE OF REMOVAL
Brucker v. Great American Insurance Company; Case No. 4:11-cv-
PAGE 4