RECEIVED
APR 08 2011
Great American Ins. Co.
Corp. Legal Dept.

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

FOURTH JUDICIAL DISTRICT AT FAIRBANKS

CHARLES A. BRUCKER, III,

Plaintiff,

vs.

GREAT AMERICAN INSURANCE CO.,

Defendant.

Case No. 4FA-11-1258 CI

## COMPLAINT

COMES NOW the Plaintiff, Charles A. Brucker, III, by and through his attorney Jason A. Weiner of Gazewood & Weiner, PC, and hereby alleges:

1. Plaintiff, Charles A. Brucker, III, is a resident of the State of Alaska residing in the Fourth Judicial District.

2. Defendant, Great American Insurance Companies, is a corporation with a headquarters in Cincinnati, Ohio, and conducts business in Fairbanks, Alaska.

3. On February 18, 2009, Plaintiff was inspecting the engine of his truck. When he completed the inspection and began to descend from the truck, he fell to the ground, landed on his back and lost consciousness.

4. Plaintiff experienced severe low back pain with pain travelling down his right lateral thigh, posterior calf and to the sole of his foot.

5. Plaintiff reported the occupational injury to his employer.

6. Plaintiff was a covered Insured under Policy No. OA9167691-00-000001 with effective dates of August 25, 2008 through August 25, 2009.

GAZEWOOD &
WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

Brucker v. Great American Ins. Co.
Case No.
Page 1 of 3
Complaint
Case 4:11-cv-00004-RRB   Document 1-1   Filed 04/25/11   Page 1 of 3
Ex. A  1 of 3

7. Plaintiff submitted a valid claim to Defendant, and Defendant has refused to pay under the claim, intentionally breaching its contract with Plaintiff.

## COUNT I – Breach of Contract

8. Plaintiff incorporates the preceding paragraphs as though set forth below in full.

9. Defendant breached its contract to provide insurance and benefits to Plaintiff when it failed to honor the insurance agreement it had with Plaintiff.

10. Plaintiff is entitled to damages in excess of $100,000 for benefits Defendant failed to provide pursuant to its contract with Plaintiff.

## COUNT II – Unfair Trade Practice

11. Plaintiff incorporates the preceding paragraphs as though set forth below in full.

12. Defendant engaged in unfair trade practices under Alaska law as defined by Alaska Statutes.

13. Plaintiff is entitled to treble damages and full attorney fees for Defendant's unfair trade practices in excess of $100,000.

## COUNT III – Punitive Damages

14. Plaintiff incorporates the preceding paragraphs as though set forth below in full.

15. Defendant's intentional breach of its contract with Plaintiff, and its continuing delay and refusal to respond to Plaintiff's requests and inquiries, constitutes outrageous conduct.

16. Plaintiff is entitled to punitive damages in excess of $100,000.

WHEREFORE, Plaintiff prays this court enter judgment against Defendant Great American Insurance Co. as follows:

1. For damages in an amount to be determined at trial but which are expected to exceed one hundred thousand ($100,000.00) dollars.

GAZEWOOD &
WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel. (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com

2. For exemplary or punitive damages pursuant to AS 09.17.020.

3. For pre and post judgment interest pursuant to AS 09.30.070.

4. For the costs of this action.

5. For attorney's fees as provided by statute and rule.

6. For such other, and further, relief as this Court deems to be appropriate.

DATED and SUBMITTED this 18 day of February, 2011, at Fairbanks, Alaska.

GAZEWOOD & WEINER, PC
Attorney for Plaintiff

Jason A. Weiner
ABA 9906031

GAZEWOOD & WEINER, PC
1008 16th Avenue
Suite 200
Fairbanks, Alaska 99701
Tel.: (907) 452-5196
Fax: (907) 456-7058
info@fairbankslaw.com