1

Robert L. Richmond – ABA 7011069
**RICHMOND & QUINN**
2
360 K Street, Suite 200
Anchorage, Alaska 99501
3
Tel: (907) 276-5727
Fax: (907) 276-2953
4
brichmond@richmondquinn.com

5
Steven Plitt – SBN 007481
William M. Demlong – SBN 012458
6
Steven J. Gross – SBN 023921
**KUNZ PLITT**
7
**HYLAND & DEMLONG**
3838 North Central Avenue, Suite 1500
8
Phoenix, Arizona 85012-1902
Tel:  (602) 331-4600
9
Fax: (602) 331-8600
sp@kunzlegal.com; sjg@kunzlegal.com
10

Attorneys for Defendant
11

12
**IN THE UNITED STATES DISTRICT COURT**

13
**FOR THE DISTRICT OF ALASKA**

14

15
CHARLES A. BRUCKER, III,                    No. 11-CV-00004-RRB

16
                        Plaintiff,

vs.                                          **NOTICE OF SETTLEMENT**
17

18
GREAT AMERICAN INSURANCE CO.,

19
                        Defendant.

20
        PLEASE TAKE NOTICE that the Defendant, Great American Insurance Company, by

21
and through its undersigned counsel, hereby advises that the above-entitled and numbered action

22
has been settled.  The necessary stipulation to dismiss this matter with prejudice will be filed

23
with the Court within sixty (60) days.

24

25

RESPECTFULLY SUBMITTED this 19th day of October, 2011.

**KUNZ PLITT**
**HYLAND & DEMLONG**


By:   /s/ Steven J. Gross
       Steven Plitt
       William M. Demlong
       Steven J. Gross
       3838 N. Central Avenue, Suite 1500
       Phoenix, AZ 85012-1902
       AND
       Robert L. Richmond
       **RICHMOND & QUINN**
       360 K Street, Suite 200
       Anchorage, Alaska 99501

       Attorneys for Defendant

I hereby certify that on the 19th day of
of October, 2011, I electronically
transmitted the attached document to the Clerk's
office using the CM/ECF System for filing
and transmittal of a Notice of Electronic
Filing to the following CM/ECF registrants:


Jason A. Weiner, Esq.
Gazewood & Weiner, PC
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701
Attorneys for Plaintiff


   /s/ Adriana Garcia

2