Robert L. Richmond – ABA 7011069
**RICHMOND & QUINN**
360 K Street, Suite 200
Anchorage, Alaska 99501
Tel: (907) 276-5727
Fax: (907) 276-2953
brichmond@richmondquinn.com

Steven Plitt – SBN 007481
William M. Demlong – SBN 012458
Steven J. Gross – SBN 023921
**KUNZ PLITT**
**HYLAND & DEMLONG**
3838 North Central Avenue, Suite 1500
Phoenix, Arizona 85012-1902
Tel: (602) 331-4600
Fax: (602) 331-8600
wmd@kunzlegal.com; sjg@kunzlegal.com

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CHARLES A. BRUCKER, III,<br><br>Plaintiff,<br><br>vs.<br><br>GREAT AMERICAN INSURANCE CO.,<br><br>Defendant. | No. 11-CV-00004-RRB<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

The parties hereto, by and through respective counsel undersigned, hereby stipulate and agree that the above-entitled and numbered cause of action, having been fully settled and compromised, may be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

/ / /

RESPECTFULLY SUBMITTED this 18th day of November, 2011.

**GAZEWOOD & WEINER, P.C.**

By: /s/ Jason A. Weiner (*with permission*)
Jason A. Weiner, Esq.
1008 16th Avenue, Suite 200
Fairbanks, Alaska 99701
Attorneys for Plaintiff

**KUNZ PLITT**
**HYLAND & DEMLONG**

By: /s/ Steven J. Gross
Steven Plitt
William M. Demlong
Steven J. Gross
3838 N. Central Avenue, Suite 1500
Phoenix, AZ 85012-1902
AND
Robert L. Richmond
**RICHMOND & QUINN**
360 K Street, Suite 200
Anchorage, Alaska 99501

Attorneys for Defendant

| | |
|---|---|
| 1 | I hereby certify that on the 18th day of of November, 2011, I electronically |
| 2 | transmitted the attached document to the Clerk's office using the CM/ECF System for filing |
| 3 | and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: |
| 4 | |
| 5 | Jason A. Weiner, Esq. Gazewood & Weiner, PC |
| 6 | 1008 16th Avenue, Suite 200 Fairbanks, Alaska 99701 |
| 7 | Attorneys for Plaintiff |
| 8 | |
| 9 |    /s/ Adriana Garcia |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |